JUSTICE TRIEWEILER
dissenting.
I dissent.
Of the four factors to be considered in determining whether the District Court abused its discretion, three favor reversal of the District Court.
1. Defendants have shown absolutely no prejudice from the delay to which they contributed and about which they now complain;
2. No warning was ever given to plaintiffs that their case was in danger of dismissal; and
3. There was an obvious alternative available to the District Court. It could simply have set this case for trial and refused any further continuance.
Considering these factors in light of the compelling public policy favoring a party’s right to a hearing on the merits, I conclude that the dismissal of plaintiffs’ complaint was an abuse of discretion and would reverse the District Court.
JUSTICE GRAY joins in the foregoing dissent.